IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JILL REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:13-cv-02317-RDR-KGS |
| ) | |
| WALTON WRIGHT ASSOCIATES, ) | Judge Rogers |
| LLC., ) | Magistrate Judge Sebelius |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, JILL REED, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case without prejudice.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice and without costs to any party.

          Respectfully submitted,
          **JILL REED**

Dated: February 4, 2014      By:    s/ Mandy M. Shell
          Mandy M. Shell, KS Bar # 23410
          PO Box 413677
          Kansas City, MO  64141
          Telephone:  (913) 871-4170
          Facsimile:  (888) 418-1277
          E-Mail:  mshell@smithmarco.com
          ATTORNEY FOR PLAINTIFF